IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nodar Skhvitaridze, | NO. C 05-01730 JW |
| Plaintiff(s), <br> v. | **ORDER TRANSFERRING ACTION TO NINTH CIRCUIT** |
| Alberto Gonzales, et al., | |
| Defendant(s). | |

    On April 26, 2005, Petitioner Nodar Skhvitaridze filed a Petition for Writ of Habeas Corpus and Motion for Stay of Deportation with this Court. However, pursuant to the parties' stipulation and Section 106(c) of the REAL ID Act of 2005, this case is ordered transferred to the Ninth Circuit to be treated as a petition for review filed pursuant to Section 242(a) of the Immigration and Nationality Act. The Clerk is ordered to transfer the case file along with this order to the Ninth Circuit.

Dated: July 19, 2005

05cv1730transfer

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alison E. Daw alison.daw@usdoj.gov
Saad Ahmad SaadAhmad27@hotmail.com

**Dated: July 19, 2005**                              **Richard W. Wieking, Clerk**

                                                      **By:/jwchambers/**
                                                          **Ronald L. Davis**
                                                          **Courtroom Deputy**